**COHEN, FRANKEL & RUGGIERO, LLP**

ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
JOHN R. BEATTIE
SHANE KELLY

90-11 35TH AVENUE
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093

February 12, 2008

**BY ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re: *United States v. Gilberto Espinosa*
                    *1:07 Cr. 501 (6BD)*

Dear Judge Daniels:

      The parties last appeared before Your Honor for a status conference on November 28, 2007. At that time, Your Honor ordered that the defense advise whether we intend to file pre-trial motions in the above-referenced matter by February 15, 2008.

      Since our last conference, the parties have been involved in plea negotiations that we foresee continuing beyond the February 15, 2008 notification date. Because the parties are seeking to resolve the matter without litigation, the defense does not intend now to file pre-trial motions. Should our position change, I will immediately notify Your Honor.

      I look forward to appearing before Your Honor for our next status conference on February 28, 2008, at 9:45 am, to update Your Honor on the status of the case.

                                            Respectfully submitted,

                                            Mark I. Cohen, Esq.

MIC: md
cc: AUSA Michael Maiman
    Mr. Gilberto Espinosa